

United States Bankruptcy Court

211 W. Fort Street, Suite 2100

Detroit, MI 48226-3211

FILED

2014 AUG 26 A 10: 26

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

Tammy L. Terry

Chapter 13 Trustee

535 Griswold, Suite 2100

Detroit, MI 48226

August 22, 2014

Attention United States Bankruptcy Courts:

Case # 11 55577

We are disputing to grant the Motion for Approval of the First Fee Application for the following reasons. On the 2nd of May when meeting with the attorney, Mr. Babut to discuss an employment change he assured us it would take a month for them to process the paperwork and another month for the courts to initiate the change. We also informed him that we do not receive food stamps nor do we receive SSI for months at a time and never at the full amount of $674.00 since it varies each month with income. On May 20th from the statement his office sent the paperwork to the courts.

I called on July 15th 2014 to inform the attorney's office that the payroll deduction was not being done still. I spoke to Tom who assured me that it was sent and to give him a few days to find out why. That morning I called the Chapter 13 office and spoke to the courts as well. I was informed an E-mail was sent out to the attorney's office last May due to an error on our attorney's part. Another E-mail was sent in July to correct this again. This was my time, my phone calls and to this date still a payroll deduction is not being done. We are not paying for something that was never done correctly. I have been mailing out the checks myself. We paid into this bankruptcy as much as we can and can't afford any more additional fees from our attorney and shouldn't have to. They have been paid in full up to now and to add additional fees is not fair to our family.

Sincerely,

Joe and Debra Lombardo



United States Bankruptcy Courts

211 W. Fort Street, Suite2100

Detroit, Mi 48226-3211



Tammy L. Terry

Chapter 13 Trustee

535 Griswold, Suite 2100

Detroit Mi, 48225

August 22, 2014

Re: Case #11-55577-T

Attention Tammy L. Terry

This letter is in regards to Mr. Babut submittal of "to grant the Motion for Approval of the First Fee Application". On the 2nd of May we met with Mr. Babut to discuss a change in employment that would cause us to miss a payment and also that we no longer receive food stamps and SSI in the amount of $674.00. On May 20th Mr. Babut office sent letter out requesting change in employment.

On July 15th My wife Debra made a phone call to the trustee's office inquiring about payment not being taking out of my check. After speaking with trustee's office my wife Debra was informed by the trustee's that communication was sent twice via email to Mr. Babut informing them that the paperwork was by Mr. Babut office incorrect. These two emails went unanswered by Mr. Babut according to the trustee office. After speaking with the trustee's office my wife Debra then called Mr. Babut office and spoke with Tom informing him of the

news she received. Mr. Babut's office charged us for this phone call from Debra to Tom, which is almost laughable.

I would also like to point out that on Mr. Babut's statement of account to us the line reading May 2nd we was billed $365 for .5 hours of service when his hourly rate is $265.00 per hour and should only be $132.50 or they carried over the balance on a letter they sent to us. The previous line had a balance of $232.50 date Nov 11th 2013. November 11th was a letter generated from Mr. Babut's office to us stating that they needed to bring us in to discuss increasing the payment amount because they felt we was beginning to run behind schedule, this letter was sent out ten days after the final payment was made to Mr. Babut's thru the courts. After receiving November 11th letter, Debra contacted the trustee's office because we had not missed a payment since the start of the bankruptcy and to see if something was amiss. The trustee's office informed Debra we were on schedule. I felt the November 11th was a ploy to get us to come in so we would owe their offices additional money; we made no further communication with Mr. Babut's office about the November 11th letter. We have paid Mr. Babut's office $4368.34 and dispute the amount of $739.30 for the above reasons.

Sincerely

*Joe Lombardo*

Joe Lombardo